No. 237. Biggers *v.* Tennessee, *ante,* p. 404;

No. 700. Anderson *v.* Johnson, Warden, *ante,* p. 456;

No. 968. Banco Nacional de Cuba *v.* Farr et al., dba Farr, Whitlock & Co., et al., *ante,* p. 956; and

No. 1033. Powell *v.* National Savings & Trust Co., *ante,* p. 957. Petitions for rehearing denied. Mr. Justice Marshall took no part in the consideration or decision of these petitions.

No. 906. Rovico, Inc. *v.* American Photocopy Equipment Co., *ante,* p. 945. Motion for leave to supplement petition for rehearing granted. Petition for rehearing denied.

April 29, 1968.

No. 1082, Misc. Abbott *v.* Turner, Warden; and

No. 1501, Misc. Armstrong *v.* Haskins, Correctional Superintendent. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari denied.

No. 1438, Misc. Jeffries *v.* Frye, Warden;

No. 1439, Misc. Patterson *v.* Lane, Warden; and

No. 1444, Misc. White *v.* Noble, Warden, et al. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1232, Misc. Davis *v.* Crouse, Warden; and

No. 1255, Misc. Fernandez *v.* District Court of Puerto Rico, Bayamon Part, et al. Motions for leave to file petitions for writs of mandamus denied.